IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDUARDO FERNANDEZ, | ) | |
| Petitioner, | ) | No C 05-3529 VRW (PR) |
| vs. | ) | ORDER |
| DAVID L RUNNELS, Warden, | ) | (Doc # 29) |
| Respondent. | ) | |

    Petitioner has filed a notice of appeal and a request for an extension of time to file an application for a certificate of appealability ("COA"). Good cause appearing, petitioner's request (doc # 29) is GRANTED. Petitioner shall file a COA by no later than October 1, 2007.

    No further extensions of time will be granted.

    SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

G:\PRO-SE\VRW\HC.05\Fernandez1.or6.wpd