IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO FERNANDEZ,                  )<br>                    Petitioner,              )<br>         vs.                                             )<br>D L RUNNELS, Warden,              )<br>                    Respondent.          )<br>_____) | No C 05-3529 VRW (PR)<br><br>ORDER DENYING<br>CERTIFICATE OF<br>APPEALABILITY<br><br>(Doc # 32) |

      Petitioner has filed a notice of appeal and request for a certificate of appealability pursuant to 28 USC § 2253(c) and Federal Rule of Appellate Procedure 22(b).  A certificate of appealability (doc # 32) is DENIED because petitioner has not made "a substantial showing of the denial of a constitutional right."  28 USC § 2253(c)(2).  Petitioner has not demonstrated that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong."  Slack v McDaniel, 529 US 473, 484 (2000).

      The clerk shall forward to the court of appeals the case file with this order.  See United States v Asrar, 116 F3d 1268, 1270 (9th Cir 1997).

      SO ORDERED.

                                           VAUGHN R WALKER<br>
                                           United States District Chief Judge

G:\PRO-SE\VRW\HC.05\Fernandez1.coa.wpd